**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SURF MOORE,<br><br>Plaintiff,<br><br>v.<br><br>IRS and DOJ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-2166 (UNA) |

**MEMORANDUM OPINION**

This matter comes before the Court upon review of Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The application will be granted but the complaint will be dismissed.

The Court has reviewed Plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. *See* Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint does not appear to allege facts to support a viable legal claim. Rather, it consists of incomprehensible assertions and frequent mention of surveillance for which the U.S. Department of Justice allegedly is responsible. The complaint fails to set forth a short and plain statement showing Plaintiff's entitlement to relief or a rational basis for awarding Plaintiff $100 million. Therefore, as drafted, the complaint does not meet the minimal pleading requirements set forth in Rule 8(a). The Court will dismiss the complaint without prejudice.

An Order is issued separately.

/s/
AMIT P. MEHTA
United States District Judge

DATE: September 2, 2026